# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Daniel D'Agostino,

        Plaintiff,

v.

Abbott Laboratories Incorporated, et al.,

        Defendants.

**NO. CV-23-01367-PHX-SMB**

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed June 4, 2026, which granted Defendant's Motions for Summary Judgment, judgment is entered in favor of Defendant and against Plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed.

Debra D. Lucas
District Court Executive/Clerk of Court

June 4, 2026

s/ K. Gray
By   Deputy Clerk