# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Daniel D'Agostino, | No. CV-23-01367-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Abbott Laboratories Incorporated, | |
| Defendant. | |

Before the Court is Plaintiff's Motion for Reconsideration of its Order granting Defendant's Motion for Summary Judgment (Doc. 268). Pursuant to Local Rule 7.2(g)(2), the Court orders Defendant to respond only to sections III(B) and (C) of the Motion within fourteen (14) days of this Order. Plaintiff may not file a reply.

Dated this 10th day of June, 2026.

Honorable Susan M. Brnovich
United States District Judge