AO 133 (Rev. 07/24) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | | |
|---|---|---|
| Daniel D'Agostino | ) ) | |
| v. | ) ) | Case No.: 23-cv-01367 |
| Abbott Laboratories Inc. | ) ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on <u>June 4, 2026</u> against <u>Plaintiff Daniel D'Agostino</u>,
_Date_

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 368.75 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 661.80 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 21,130.97 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. § 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828 . . . . | |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL | $ 22,161.52 |

_SPECIAL NOTE:_ Attach to your bill an itemization and documentation for requested costs in all categories.

| Declaration |
|---|

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service          ☐ First class mail, postage prepaid

☐ Other:

s/ Attorney: /s/ Julia Y. Trankiem

Name of Attorney: Julia Y. Trankiem

For: Abbott Laboratories Inc.                    Date:
_Name of Claiming Party_

| Taxation of Costs |
|---|

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

_Clerk of Court_                    _Deputy Clerk_                    _Date_

AO 133 (Rev. 07/24) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. § 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Expenses/ Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service. When a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail), (D) (leaving with the clerk), or (F) (other means consented to), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**EXHIBIT A**

**D'Agostino v. Abbott Laboratories Inc. – District of Arizona Case No. 23-cv-01367**

**FEES FOR PRINTED OR ELECTRONICALLY RECORDED TRANSCRIPTS NECESSARILY OBTAINED FOR USE IN THE CASE, CLERK'S FEES AND SUBPOENA FEES**

| Date | Payee | Description | Amount |
|---|---|---|---|
| 1/30/2025 | CMCC REPORTING COMPANY | Hearing Transcript for hearing held on January 30, 2025 | $163.80 |
| 3/17/2025 | MICHAEL MARCINIAK | Deposition Transcript of Raul Martinez taken on 3/17/2025. | $64.00 |
| 4/4/2025 | CMCC REPORTING | Hearing Transcript for Telephonic Status Conference - 04/03/2025 | $87.75 |
| 2/5/2025 | CMCC REPORTING | Reporter's Transcript of Proceedings - Discovery Dispute 01/03/2025 | $56.10 |
| 4/10/2025 | FIRST LEGAL DEPOSITION SERVICES | Original Transcript of Daniel D'Agostino - Vol 2 – 3/24/2025 | $1,962.50 |
| 4/3/2025 | FIRST LEGAL DEPOSITION SERVICES | Original Transcript of Daniel D'Agostino Vol. 1 - 3/18/2025 | $6,488.52 |
| 4/23/2025 | THOMPSON COURT REPORTERS, INC | Electronic Deposition Transcript with exhibits of Kristin Jepson taken on 4/9/2025. | $1,605.75 |
| 4/29/2025 | THOMPSON COURT REPORTERS, INC | Electronic Transcript Suite - Raul Martinez - April 10, 2025 | $521.75 |
| 5/1/2025 | THOMPSON COURT REPORTERS, INC | Deposition Transcript of Douglas Taylor dated April 17, 2025 | $1,433.25 |
| 5/1/2025 | THOMPSON COURT REPORTERS, INC | Deposition Transcript of Abram Cordell dated April 16, 2025 | $185.50 |

| 5/1/2025 | THOMPSON COURT REPORTERS, INC | Deposition Transcript of Kim Bertholf dated April 13, 2025 | $1,246.25 |
|---|---|---|---|
| 5/14/2025 | THOMPSON COURT REPORTERS, INC | Deposition Transcript of Jim Curcio dated April 22, 2025 | $1,297.75 |
| 5/21/2025 | THOMPSON COURT REPORTERS, INC | Deposition Transcript of Ashin Soti dated April 24, 2025 | $1,387.00 |
| 6/3/2025 | THOMPSON COURT REPORTERS, INC | Deposition of James Martinez - April 18, 2025 | $1,507.75 |
| 6/27/2025 | FIRST LEGAL DEPOSITION SERVICES | Original Transcript of Daniel D'Agostino, Vol. 3 – 5/30/2025 | $3,123.30 |
| 5/6/2026 | Clerk's fees | Summary Judgment Motion Courtesy Copy for Chambers | $150.00 |
| 6/1/2026 | FIRST LEGAL NETWORK, LLC | Courtesy Copy Delivery to Chambers | $218.75 |
| 10/18/2024 | EASY SERVE | Subpoena Fee | $220.60 |
| 10/18/2024 | EASY SERVE | Subpoena Fee | $220.60 |
| 10/18/2024 | EASY SERVE | Subpoena Fee | $220.60 |

# EXHIBIT A

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## District of Arizona

### INVOICE 202520896

| | |
|---|---|
| Kathryn C. Palamountain<br>SEYFARTH SHAW LLP - Texas<br>700 Milam Street<br>Suite 1400<br>Houston, TX 77002-2812<br>(713) 225-2300 | **MAKE CHECKS PAYABLE TO:**<br>CMCC Reporting Company<br>Christine Coaly, RMR, CRR<br>7427 W. Via De Luna Drive<br>Glendale, AZ 85310<br>(602) 322-7248<br>christine.coaly@gmail.com<br>Tax ID: 82-0680633 |

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| __ CRIMINAL | ✗ CIVIL | 01-30-2025 | 02-05-2025 |

**In the matter of:** 2:23-cv-01367, Daniel D'Agostino v Abbott Laboratories

REPORTER'S TRANSCRIPT OF PROCEEDINGS
Discovery Dispute - 01/30/2025

**Allocation Details**                                           Amount (USD)

Billable                                                              163.80

053252.200010   Abbott Laboratories
                D'Agostino v. Abbott Laboratories, Inc.
        Line    0001
 Description    Hearing Transcript for hearing held on January 30, 2025
        Code    Hearing Transcripts

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | 28 | 5.85 | 163.80 | | | | | | | 163.80 |
| 3-Day | | | | | | | | | | |
| Next-Day | | | | | | | | | | |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 163.80 |
| | | | | | | | | Less Discount for Late Delivery | | |
| | | | | | | | | Tax (If Applicable) | | |
| | | | | | | | | Less Amount of Deposit | | |
| | | | | | | | | Total Refund | | |
| | | | | | | | | **Total Due** | | 163.80 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE: |
|---|---|
| | 02-05-2025 |

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

Reporter: Michael Marciniak
Job Date: 03-17-2025
Case No.: CV-23-1367-PHX-SMB
Deposition of: Raul Martinez

Original / 3-day                    16 pages:        $ 64.00

                                      Total : $ 64.00

**Payment is due upon receipt**

## Allocation Details                                    Amount (USD)

| Billable | | 64.00 |
|---|---|---|
| 053252.200010 | Abbott Laboratories<br>D'Agostino v. Abbott Laboratories, Inc. | |
| Line | 0001 | |
| Description | Deposition Transcript of Raul Martinez taken on 3/17/2025. | |
| Code | Deposition Transcripts | |

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

## UNITED STATES DISTRICT COURT
### District of Arizona

INVOICE 202520917

Kathryn C. Palamountain
SEYFARTH SHAW LLP - Texas
700 Milam Street
Suite 1400
Houston, TX 77002-2812
(713) 225-2300

**MAKE CHECKS PAYABLE TO:**
CMCC Reporting Company
Christine Coaly, RMR, CRR
7427 W. Via De Luna Drive
Glendale, AZ 85310
(602) 322-7248
christine.coaly@gmail.com
Tax ID: 82-0680633

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| __ CRIMINAL | X CIVIL | 04-04-2025 | 04-07-2025 |

**In the matter of:** 2:23-cv-01367, Daniel D'Agostino v Abbott Laboratories

REPORTER'S TRANSCRIPT OF PROCEEDINGS
Telephonic Status Conference - 04/03/2025

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | 15 | 5.85 | 87.75 | | | | | | | 87.75 |
| 3-Day | | | | | | | | | | |
| Next-Day | | | | | | | | | | |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | Misc. Charges | | |
| | | | | | | | | **Subtotal** | | 87.75 |

**Allocation Details**

Amount (USD)

Billable

87.75

| | | |
|---|---|---|
| 053252.200010 | Abbott Laboratories D'Agostino v. Abbott Laboratories, Inc. | |
| Line | 0001 | |
| Description | Hearing Transcript for Telephonic Status Conference - 04/03/2025 | |
| Code | Hearing Transcripts | |

| | |
|---|---|
| Less Discount for Late Delivery | |
| Tax (If Applicable) | |
| Less Amount of Deposit | |
| Total Refund | |
| **Total Due** | 87.75 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE: |
|---|---|
| | 04-07-2025 |

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## District of Arizona

INVOICE 202520898

Kathryn C. Palamountain
SEYFARTH SHAW LLP - Texas
700 Milam Street
Suite 1400
Houston, TX 77002-2812
(713) 225-2300

**MAKE CHECKS PAYABLE TO:**
CMCC Reporting Company
Christine Coaly, RMR, CRR
7427 W. Via De Luna Drive
Glendale, AZ 85310
(602) 322-7248
christine.coaly@gmail.com
Tax ID: 82-0680633

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| __ CRIMINAL    ✗ CIVIL | 02-05-2025 | 02-05-2025 |

**In the matter of:** 2:23-cv-01367, Daniel D'Agostino v Abbott Laboratories

REPORTER'S TRANSCRIPT OF PROCEEDINGS
Discovery Dispute - 01/03/2025     **Allocation Details**

Amount (USD)

Billable                                                                      56.10

053252.200010    Abbott Laboratories
D'Agostino v. Abbott Laboratories, Inc.
Line    0001
Description    Reporter's Transcript of Proceedings - Discovery Dispute 01/03/2025
Code    Hearing Transcripts

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | 11 | 5.10 | 56.10 | | | | | | | 56.10 |
| 7-Day | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Next-Day | | | | | | | | | | |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | Misc. Charges | | | | |
| | | | | | | | | | Subtotal | 56.10 |
| | | | | | | | | Less Discount for Late Delivery | | |
| | | | | | | | | Tax (If Applicable) | | |
| | | | | | | | | Less Amount of Deposit | | |
| | | | | | | | | Total Refund | | |
| | | | | | | | | **Total Due** | | 56.10 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE: |
|---|---|
| | 02-05-2025 |

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

**First Legal Depositions**
P.O. Box 745087
Los Angeles, CA 90074
Phone: (855)-348-4997



Seyfarth Shaw LLP - Los Angeles
Michele Beilke
601 S. Figueroa Street, Suite 3300
Los Angeles, CA 90017

## *Invoice #124914*

| Date | Terms |
|------|-------|
| 04/10/2025 | Net 30 |

### Job #110549 on 03/24/2025 at 10:00 AM AZ

| | |
|---|---|
| **Firm Case#:** 2:23-cv-01367-PHX-SMB | **Shipped On:** 04/03/2025 |
| **Billing Reference:** 2025-0116 | **Shipped Via:** Email Only |
| **Case:** Daniel D'Agostino v. Abbott Laboratories, Inc. | **Delivery Type:** Normal |
| **Location:** Lewis Roca - 201 East Washington Street, Suite 1200 Phoenix, AZ 85004 | **Services:** Court Reporter with Realtime; Lap Top Rental; Remote- Link Only; Videographer |

| Description | Amount |
|-------------|-------:|
| **Original Transcript of Daniel D'Agostino Vol: 2** | |
| Transcript Fees | $ 670.20 |
| Professional Appearance Fee | $ 455.00 |
| Exhibit(s) - Electronic | $ 27.30 |
| Logistics, Processing & Electronic Files | $ 160.00 |
| Laptop/Tablet Rental | $ 150.00 |
| Realtime (Minimum) | $ 250.00 |
| Rough Draft (Minimum) | $ 250.00 |
| | $ 1,962.50 |
| **Remote Services** | |
| Remote Set-Up Fee | $ 325.00 |
| | $ 325.00 |

| | | |
|---|---|---:|
| | Amount Due: | $ 2,287.50 |
| | Paid: | $ 0.00 |
| | **Balance Due:** | $ 2,287.50 |
| | **Payment Due:** | 05/10/2025 |

*First Legal Depositions complies with the ethical obligations set forth in ACJA § 7-206.*
*\*Supplemental surcharges include: Video/ Remote Surcharge*
*\*Professional appearance fees include: Reporter's Appearance Fee, In Person Coverage, Waiting Time*
*\*Logistics, Processing & Electronic Files includes: Processing/Handling, Review Link, and First Legal Litigation Package*

We appreciate your business - Where the client comes first!
Billing questions?  Please call us at (855) 348-4997  or  email us at depoclientcare@firstlegal.com

First Legal Deposition Services LLC

*Invoice #124914*

P.O. Box 745087
Los Angeles, CA 90074-5087

Tax ID: 99-3169047    First Legal Depositions    Phone: 855-348-4997

## Allocation Details

|  |  | Amount (USD) |
|---|---|---|
| **Billable** | | 2,287.50 |

| 053252.200010 | Abbott Laboratories<br>D'Agostino v. Abbott Laboratories, Inc. |
|---|---|
| Line | 0001 |
| Description | Original Transcript of Daniel D'Agostino - Vol 2 |
| Code | (Anticipated Cost) Deposition Transcripts |

**First Legal Depositions**
P.O. Box 745087
Los Angeles, CA 90074
Phone: (855)-348-4997



Seyfarth Shaw LLP - Los Angeles
Michele Beilke
601 S. Figueroa Street, Suite 3300
Los Angeles, CA 90017

## *Invoice #124410*

| Date | Terms |
|------|-------|
| 04/03/2025 | Net 30 |

### Job #107776 on 03/18/2025 at 10:00 AM AZ

| | |
|---|---|
| **Firm Case#:** 2:23-cv-01367-PHX-SMB | **Shipped On:** 03/21/2025 |
| **Billing Reference:** 2025-0116 | **Shipped Via:** Email Only |
| **Case:** Daniel D'Agostino v. Abbott Laboratories, Inc. | **Delivery Type:** 3 day Expedite |
| **Location:** Lewis Roca - 201 East Washington Street, Suite 1200 Phoenix, AZ 85004 | **Services:** Court Reporter with Realtime; Lap Top Rental; Remote- Link Only; Videographer |

| Description | Amount |
|-------------|-------:|
| **Original Transcript of Daniel D'Agostino  Vol: 1** | |
| Transcript Fees | $ 3,788.22 |
| Professional Appearance Fee | $ 835.00 |
| Exhibit(s) - Electronic | $ 343.20 |
| Logistics, Processing & Electronic Files | $ 160.00 |
| Realtime Transcript Page Rate | $ 609.50 |
| Rough Draft | $ 602.60 |
| Laptop/Tablet Rental | $ 150.00 |
| | $ 6,488.52 |
| **Remote Services** | |
| Remote Set-Up Fee | $ 325.00 |
| | $ 325.00 |

| | |
|---|---:|
| Amount Due: | $ 6,813.52 |
| Paid: | $ 0.00 |

| | |
|---|---:|
| **Balance Due:** | $ 6,813.52 |
| **Payment Due:** | 05/03/2025 |

*First Legal Depositions complies with the ethical obligations set forth in ACJA § 7-206.*
*\*Professional appearance fees include: Reporter's Appearance Fee, In-Person Coverage, Overtime, Wait Time*
*\*Supplemental surcharges include: Video/Remote Surcharges*

We appreciate your business - Where the client comes first!
Billing questions?  Please call us at (855) 348-4997  or  email us at depoclientcare@firstlegal.com

First Legal Deposition Services LLC
P.O. Box 745087
Los Angeles, CA 90074-5087

*Invoice #124410*

Tax ID: 99-3169047      First Legal Depositions      Phone: 855-348-4997

## Allocation Details

| | | Amount (USD) |
|---|---|---|
| **Billable** | | 6,813.52 |
| 053252.200010 | Abbott Laboratories<br>D'Agostino v. Abbott Laboratories, Inc. | |
| Line | 0001 | |
| Description | Original Transcript of Daniel D'Agostino Vol. 1 - 3/18/2025 | |
| Code | (Anticipated Cost) Deposition Transcripts | |

# INVOICE



nationwide since 2003

## THOMPSON COURT REPORTERS

thompsonreporters.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 34241 | 4/23/2025 | 21746 |

| Job Date | Case No. | |
|---|---|---|
| 4/9/2025 | 2:23-cv-01367 | |

| Case Name | | |
|---|---|---|
| D'Agostino v. Abbott Laboratories Incorporated et al* | | |

| Payment Terms | | |
|---|---|---|
| Due Net 20 | | |

Chris Palamountain
Seyfarth Shaw LLP
700 Milam Street, Suite 1400
Houston TX 77002

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Kristin Jepson | 298.00 Pages | @ | 5.25 | 1,564.50 |
| Exhibits - electronic only | 25.00 | @ | 0.25 | 6.25 |
| Electronic Transcript Suite (ASCII/ETRAN/MINI/PDF) | 1.00 | @ | 35.00 | 35.00 |
| | TOTAL DUE >>> | | | $1,605.75 |

Thank you for using Thompson Court Reporters, Inc.

www.thompsonreporters.com

~Nationwide since 2003~

Finance charges will be assessed to unpaid invoices 30 days from issue at the rate of 1.5% per month. The transcript includes the word index. The party identified above is the contracting party unless agreed to in writing. Transcripts in all formats, printed and electronic, may not be distributed to any unauthorized parties without approval from Thompson Court Reporters, Inc. Failure to receive approval will result in full transcript copy charges. The law firm is entirely responsible for the complete payment of fees incurred as described above and not contingent on client or 3rd party payment. If collection efforts become necessary, your firm will be responsible for all collection costs incurred by Thompson Court Reporters, Inc. including court and attorney fees.

| Allocation Details | Amount (USD) |
|---|---|
| Billable | 1,605.75 |
| 053252.200010   Abbott Laboratories  D'Agostino v. Abbott Laboratories, Inc. | |
| Line   0001 | |
| Description   Electronic Deposition Transcript with exhibits of Kristin Jepson taken on 4/9/2025. | |
| Code   (Anticipated Cost) Deposition Transcripts | |

Tax ID: 36-4546623

*Please detach bottom portion and return with payment.*

Chris Palamountain
Seyfarth Shaw LLP
700 Milam Street, Suite 1400
Houston TX 77002

| | | |
|---|---|---|
| Invoice No. | : | 34241 |
| Invoice Date | : | 4/23/2025 |
| **Total Due** | : | **$1,605.75** |

| | | |
|---|---|---|
| Job No. | : | 21746 |
| BU ID | : | Chicago |
| Case No. | : | 2:23-cv-01367 |
| Case Name | : | D'Agostino v. Abbott Laboratories Incorporated et al* |

Remit To:    **Thompson Court Reporters, Inc.**
**1017 W. Washington Blvd.**
**Suite 2F**
**Chicago IL 60607**

# I N V O I C E



**nationwide since 2003**
**THOMPSON COURT REPORTERS**
thompsonreporters.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 34202 | 4/29/2025 | 21747 |
| **Job Date** | **Case No.** | |
| 4/10/2025 | 2:23-cv-01367 | |
| **Case Name** | | |
| D'Agostino v. Abbott Laboratories Incorporated et al* | | |
| **Payment Terms** | | |
| Due Net 20 | | |

Chris Palamountain
Seyfarth Shaw LLP
700 Milam Street, Suite 1400
Houston TX  77002

| Raul Martinez | | | | |
|---|---|---|---|---|
| Copy - 2 Day Expedite | 55.00  Pages | @ | 8.85 | 486.75 |
| Electronic Transcript Suite (ASCII/ETRAN/MINI/PDF) | 1.00 | @ | 35.00 | 35.00 |
| | | **TOTAL DUE  >>>** | | **$521.75** |

Thank you for using Thompson Court Reporters, Inc.

www.thompsonreporters.com

~Nationwide since 2003~

Finance charges will be assessed to unpaid invoices 30 days from issue at the rate of 1.5% per month.  The transcript includes the word index.  The party identified above is the contracting party unless agreed to in writing.  Transcripts in all formats, printed and electronic, may not be distributed to any unauthorized parties without approval from Thompson Court Reporters, Inc.  Failure to receive approval will result in full transcript copy charges.  The law firm is entirely responsible for the complete payment of fees incurred as described above and not contingent on client or 3rd party payment.  If collection efforts become necessary, your firm will be responsible for all collection costs incurred by Thompson Court Reporters, Inc. including court and attorney fees.

**Tax ID:** 36-4546623

## Allocation Details

| | Amount (USD) |
|---|---|
| | 521.75 |

**Billable**

| 053252.200010 | Abbott Laboratories D'Agostino v. Abbott Laboratories, Inc. |
|---|---|
| Line | 0001 |
| Description | Electronic Transcript Suite - Raul Martinez - April 10, 2025 |
| Code | Deposition Transcripts |

*Please detach bottom portion and return with payment.*

Chris Palamountain
Seyfarth Shaw LLP
700 Milam Street, Suite 1400
Houston TX  77002

| Invoice No. | : | 34202 |
|---|---|---|
| Invoice Date | : | 4/29/2025 |
| **Total Due** | : | **$521.75** |

| Remit To: | **Thompson Court Reporters, Inc.** |
|---|---|
| | **1017 W. Washington Blvd.** |
| | **Suite 2F** |
| | **Chicago IL  60607** |

| Job No. | : | 21747 |
|---|---|---|
| BU ID | : | Chicago |
| Case No. | : | 2:23-cv-01367 |
| Case Name | : | D'Agostino v. Abbott Laboratories Incorporated et al* |

# INVOICE



nationwide since 2003
## THOMPSON COURT REPORTERS
thompsonreporters.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 34308 | 5/1/2025 | 21751 |
| **Job Date** | **Case No.** | |
| 4/17/2025 | 2:23-cv-01367 | |
| **Case Name** | | |
| D'Agostino v. Abbott Laboratories Incorporated et al* | | |
| **Payment Terms** | | |
| Due Net 20 | | |

Chris Palamountain
Seyfarth Shaw LLP
700 Milam Street, Suite 1400
Houston TX 77002

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Douglas Taylor | 329.00 Pages | @ | 4.25 | 1,398.25 |
| Electronic Transcript Suite (ASCII/ETRAN/MINI/PDF) | 1.00 | @ | 35.00 | 35.00 |
| | TOTAL DUE >>> | | | **$1,433.25** |

Ordered By    : Michelle Beilke
                    Seyfarth Shaw, LLP
                    601 South Figueroa Street, Suite 3300
                    Los Angeles, CA 90017

Thank you for using Thompson Court Reporters, Inc.

www.thompsonreporters.com

~Nationwide since 2003~

### Allocation Details

| | Amount (USD) |
|---|---|
| Billable | 1,433.25 |

| 053252.200010 | Abbott Laboratories<br>D'Agostino v. Abbott Laboratories, Inc. |
|---|---|
| Line | 0001 |
| Description | Deposition Transcript of Douglas Taylor dated April 17, 2025 |
| Code | (Anticipated Cost) Deposition Transcripts |

Finance charges will be assessed to unpaid invoices 30 days from issue at the rate of 1.5% per month. The transcript includes the word index. The party identified above is the contracting party unless agreed to in writing. Transcripts in all formats, printed and electronic, may not be distributed to any unauthorized parties without approval from Thompson Court Reporters, Inc. Failure to receive approval will result in full transcript copy charges. The law firm is entirely responsible for the complete payment of fees incurred as described above and not contingent on client or 3rd party payment. If collection efforts become necessary, your firm will be responsible for all collection costs incurred by Thompson Court Reporters, Inc. including court and attorney fees.

**Tax ID:** 36-4546623

*Please detach bottom portion and return with payment.*

Chris Palamountain
Seyfarth Shaw LLP
700 Milam Street, Suite 1400
Houston TX 77002

| | | |
|---|---|---|
| Invoice No. | : | 34308 |
| Invoice Date | : | 5/1/2025 |
| **Total Due** | : | **$1,433.25** |

| Remit To: | **Thompson Court Reporters, Inc.**<br>**1017 W. Washington Blvd.**<br>**Suite 2F**<br>**Chicago IL 60607** |
|---|---|

| | | |
|---|---|---|
| Job No. | : | 21751 |
| BU ID | : | Chicago |
| Case No. | : | 2:23-cv-01367 |
| Case Name | : | D'Agostino v. Abbott Laboratories Incorporated et al* |

# INVOICE



nationwide since 2003
**THOMPSON COURT REPORTERS**
thompsonreporters.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 34304 | 5/1/2025 | 21750 |
| **Job Date** | **Case No.** | |
| 4/16/2025 | 2:23-cv-01367 | |
| **Case Name** | | |
| D'Agostino v. Abbott Laboratories Incorporated et al* | | |
| **Payment Terms** | | |
| Due Net 20 | | |

Chris Palamountain
Seyfarth Shaw LLP
700 Milam Street, Suite 1400
Houston TX  77002

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Abram Cordell (A) | | 5.00 Pages | @ | 5.25 | 125.00 |
| Electronic Transcript Suite (ASCII/ETRAN/MINI/PDF) | | 1.00 | @ | 35.00 | 35.00 |

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Abram Cordell (B) | | 6.00 Pages | @ | 4.25 | 25.50 |
| | | **TOTAL DUE  >>>** | | | **$185.50** |

Ordered By     :  Michelle Beilke
Seyfarth Shaw, LLP
601 South Figueroa Street, Suite 3300
Los Angeles, CA 90017

Minimum transcript charge has been applied.

Thank you for using Thompson Court Reporters, Inc.

www.thompsonreporters.com

~Nationwide since 2003~

### Allocation Details

| | | Amount (USD) |
|---|---|---|
| Billable | | 185.50 |
| 053252.200010 | Abbott Laboratories D'Agostino v. Abbott Laboratories, Inc. | |
| Line | 0001 | |
| Description | Deposition Transcript of Abram Cordell dated April 16, 2025 | |
| Code | Deposition Transcripts | |

Finance charges will be assessed to unpaid invoices 30 days from issue at the rate of 1.5% per month.  The transcript includes the word index.  The party identified above is the contracting party unless agreed to in writing.  Transcripts in all formats, printed and electronic, may not be distributed to any unauthorized parties without approval from Thompson Court Reporters, Inc.  Failure to receive approval will result in full transcript copy charges.  The law firm is entirely responsible for the complete payment of fees incurred as described above

**Tax ID:** 36-4546623

*Please detach bottom portion and return with payment.*

Chris Palamountain
Seyfarth Shaw LLP
700 Milam Street, Suite 1400
Houston TX  77002

| | | |
|---|---|---|
| Invoice No. | : | 34304 |
| Invoice Date | : | 5/1/2025 |
| **Total Due** | : | **$185.50** |

Remit To:    **Thompson Court Reporters, Inc.**
**1017 W. Washington Blvd.**
**Suite 2F**
**Chicago IL  60607**

| | | |
|---|---|---|
| Job No. | : | 21750 |
| BU ID | : | Chicago |
| Case No. | : | 2:23-cv-01367 |
| Case Name | : | D'Agostino v. Abbott Laboratories Incorporated et al* |

# INVOICE



nationwide since 2003

**THOMPSON COURT REPORTERS**

thompsonreporters.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 34272 | 5/1/2025 | 21749 |

| Job Date | Case No. | |
|---|---|---|
| 4/13/2025 | 2:23-cv-01367 | |

| Case Name | | |
|---|---|---|
| D'Agostino v. Abbott Laboratories Incorporated et al* | | |

| Payment Terms | | |
|---|---|---|
| Due Net 20 | | |

Chris Palamountain
Seyfarth Shaw LLP
700 Milam Street, Suite 1400
Houston TX  77002

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Kim Bertholf | 283.00  Pages | @ | 4.25 | 1,202.75 |
| Exhibits - electronic only | 34.00 | @ | 0.25 | 8.50 |
| Electronic Transcript Suite (ASCII/ETRAN/MINI/PDF) | 1.00 | @ | 35.00 | 35.00 |
| | **TOTAL DUE  >>>** | | | **$1,246.25** |

Thank you for using Thompson Court Reporters, Inc.

www.thompsonreporters.com

~Nationwide since 2003~

Finance charges will be assessed to unpaid invoices 30 days from issue at the rate of 1.5% per month.  The transcript includes the word index.  The party identified above is the contracting party unless agreed to in writing.  Transcripts in all formats, printed and electronic, may not be distributed to any unauthorized parties without approval from Thompson Court Reporters, Inc.  Failure to receive approval will result in full transcript copy charges.  The law firm is entirely responsible for the complete payment of fees incurred as described above and not contingent on client or 3rd party payment.  If collection efforts become necessary, your firm will be responsible for all collection costs incurred by Thompson Court Reporters, Inc. including court and attorney fees.

**Tax ID:** 36-4546623

## Allocation Details

| | Amount (USD) |
|---|---|
| Billable | 1,246.25 |
| 053252.200010   Abbott Laboratories<br>D'Agostino v. Abbott Laboratories, Inc. | |
| Line  0001 | |
| Description  Deposition Transcript of Kim Bertholf | |
| Code  (Anticipated Cost) Deposition Transcripts | |

*Please detach bottom portion and return with payment.*

Chris Palamountain
Seyfarth Shaw LLP
700 Milam Street, Suite 1400
Houston TX  77002

| | | |
|---|---|---|
| Invoice No. | : | 34272 |
| Invoice Date | : | 5/1/2025 |
| **Total Due** | : | **$1,246.25** |

Remit To:   **Thompson Court Reporters, Inc.**
**1017 W. Washington Blvd.**
**Suite 2F**
**Chicago IL  60607**

| | | |
|---|---|---|
| Job No. | : | 21749 |
| BU ID | : | Chicago |
| Case No. | : | 2:23-cv-01367 |
| Case Name | : | D'Agostino v. Abbott Laboratories Incorporated et al* |

# INVOICE



nationwide since 2003
**THOMPSON COURT REPORTERS**
thompsonreporters.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 34373 | 5/14/2025 | 21753 |

| Job Date | Case No. | |
|---|---|---|
| 4/22/2025 | 2:23-cv-01367 | |

| Case Name | | |
|---|---|---|
| D'Agostino v. Abbott Laboratories Incorporated et al* | | |

| Payment Terms | | |
|---|---|---|
| Due Net 20 | | |

Chris Palamountain
Seyfarth Shaw LLP
700 Milam Street, Suite 1400
Houston TX  77002

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Jim Curcio | 293.00  Pages | @ | 4.25 | 1,245.25 |
| Exhibits - electronic only | 70.00 | @ | 0.25 | 17.50 |
| Electronic Transcript Suite (ASCII/ETRAN/MINI/PDF) | 1.00 | @ | 35.00 | 35.00 |
| | TOTAL DUE >>> | | | **$1,297.75** |

Thank you for using Thompson Court Reporters, Inc.

www.thompsonreporters.com

~Nationwide since 2003~

If paying by credit card a 3% processing fee will be added to the total.

Finance charges will be assessed to unpaid invoices 30 days from issue at the rate of 1.5% per month.  The transcript includes the word index.  The party identified above is the contracting party unless agreed to in writing.  Transcripts in all formats, printed and electronic, may not be distributed to any unauthorized parties without approval from Thompson Court Reporters, Inc.  Failure to receive approval will result in full transcript copy charges.  The law firm is entirely responsible for the complete payment of fees incurred as described above and not contingent on client or 3rd party payment.  If collection efforts become necessary, your firm will be responsible for all collection costs incurred by Thompson Court Reporters, Inc. including court and attorney fees.

**Tax ID:** 36-4546623

*Please detach bottom portion and return with payment.*

Chris Palamountain
Seyfarth Shaw LLP
700 Milam Street, Suite 1400
Houston TX  77002

| | | |
|---|---|---|
| Invoice No. | : | 34373 |
| Invoice Date | : | 5/14/2025 |
| **Total Due** | : | **$1,297.75** |

## Allocation Details

Amount (USD)

Billable                                                                  1,297.75

| | | |
|---|---|---|
| 053252.200010 | Abbott Laboratories D'Agostino v. Abbott Laboratories, Inc. | |
| Line | 0001 | |
| Description | Deposition Transcript of Jim Curcio dated April 22, 2025 | |
| Code | (Anticipated Cost) Deposition Transcripts | |
| Job No. | : | 21753 |
| BU ID | : | Chicago |
| Case No. | : | 2:23-cv-01367 |
| Case Name | : | D'Agostino v. Abbott Laboratories Incorporated et al* |

Remit To:  **Thompson Court Reporters, Inc.**
**1017 W. Washington Blvd.**
**Suite 2F**
**Chicago IL  60607**

# I N V O I C E



nationwide since 2003

## THOMPSON COURT REPORTERS

thompsonreporters.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 34419 | 5/21/2025 | 21841 |

| Job Date | Case No. | |
|---|---|---|
| 4/24/2025 | 2:23-cv-01367 | |

| Case Name | | |
|---|---|---|
| D'Agostino v. Abbott Laboratories Incorporated et al* | | |

| Payment Terms | | |
|---|---|---|
| Due Net 20 | | |

Chris Palamountain
Seyfarth Shaw LLP
700 Milam Street, Suite 1400
Houston TX  77002

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Ashin Soti | 315.00 Pages | @ | 4.25 | 1,338.75 |
| Exhibits - electronic only | 53.00 | @ | 0.25 | 13.25 |
| Electronic Transcript Suite (ASCII/ETRAN/MINI/PDF) | 1.00 | @ | 35.00 | 35.00 |
| | | TOTAL DUE >>> | | $1,387.00 |

Thank you for using Thompson Court Reporters, Inc.

www.thompsonreporters.com

~Nationwide since 2003~

If paying by credit card a 3% processing fee will be added to the total.

Finance charges will be assessed to unpaid invoices 30 days from issue at the rate of 1.5% per month.  The transcript includes the word index.  The party identified above is the contracting party unless agreed to in writing.  Transcripts in all formats, printed and electronic, may not be distributed to any unauthorized parties without approval from Thompson Court Reporters, Inc.  Failure to receive approval will result in full transcript copy charges.  The law firm is entirely responsible for the complete payment of fees incurred as described above and not contingent on client or 3rd party payment.  If collection efforts become necessary, your firm will be responsible for all collection costs incurred by Thompson Court Reporters, Inc. including court and attorney fees.

**Tax ID:** 36-4546623

*Please detach bottom portion and return with payment.*

Chris Palamountain
Seyfarth Shaw LLP
700 Milam Street, Suite 1400
Houston TX  77002

| | | |
|---|---|---|
| Invoice No. | : | 34419 |
| Invoice Date | : | 5/21/2025 |
| **Total Due** | : | **$1,387.00** |

## Allocation Details

Amount (USD)

Billable | 1,387.00

| | |
|---|---|
| 053252.200010 | Abbott Laboratories |
| | D'Agostino v. Abbott Laboratories, Inc. |
| Line | 0001 |
| Description | Deposition Transcript of Ashin Soti dated April 24, 2025 |
| Code | (Anticipated Cost) Deposition Transcripts |
| Job No. | : | 21841 |
| BU ID | : | Chicago |
| Case No. | : | 2:23-cv-01367 |
| Case Name | : | D'Agostino v. Abbott Laboratories Incorporated et al* |

Remit To:    **Thompson Court Reporters, Inc.**
**1017 W. Washington Blvd.**
**Suite 2F**
**Chicago IL  60607**

# INVOICE



nationwide since 2003
**THOMPSON COURT REPORTERS**
thompsonreporters.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 34515 | 6/3/2025 | 21752 |
| **Job Date** | **Case No.** | |
| 4/18/2025 | 2:23-cv-01367 | |
| **Case Name** | | |
| D'Agostino v. Abbott Laboratories Incorporated et al* | | |
| | | |
| **Payment Terms** | | |
| Due Net 20 | | |

Chris Palamountain
Seyfarth Shaw LLP
700 Milam Street, Suite 1400
Houston TX 77002

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| James Martinez | | 341.00 Pages | @ | 4.25 | 1,449.25 |
| Exhibits - electronic only | | 94.00 | @ | 0.25 | 23.50 |
| Electronic Transcript Suite (ASCII/ETRAN/MINI/PDF) | | 1.00 | @ | 35.00 | 35.00 |
| | | **TOTAL DUE >>>** | | | **$1,507.75** |

Thank you for using Thompson Court Reporters, Inc.

www.thompsonreporters.com

~Nationwide since 2003~

If paying by credit card a 3% processing fee will be added to the total.

Finance charges will be assessed to unpaid invoices 30 days from issue at the rate of 1.5% per month. The transcript includes the word index. The party identified above is the contracting party unless agreed to in writing. Transcripts in all formats, printed and electronic, may not be distributed to any unauthorized parties without approval from Thompson Court Reporters, Inc. Failure to receive approval will result in full transcript copy charges. The law firm is entirely responsible for the complete payment of fees incurred as described above and not contingent on client or 3rd party payment. If collection efforts become necessary, your firm will be responsible for all collection costs incurred by Thompson Court Reporters, Inc. including court and attorney fees.

**Tax ID:** 36-4546623

*Please detach bottom portion and return with payment.*

Chris Palamountain
Seyfarth Shaw LLP
700 Milam Street, Suite 1400
Houston TX 77002

| | | |
|---|---|---|
| Invoice No. | : | 34515 |
| Invoice Date | : | 6/3/2025 |
| **Total Due** | : | **$1,507.75** |

## Allocation Details

| | Amount (USD) |
|---|---|
| Billable | 1,507.75 |

| | | |
|---|---|---|
| | 053252.200010 | Abbott Laboratories<br>D'Agostino v. Abbott Laboratories, Inc. |
| Line | 0001 | |
| Description | Deposition of James Martinez - April 18, 2025 | |
| Code | (Anticipated Cost) Deposition Transcripts | |

Remit To: **Thompson Court Reporters, Inc.**
**1017 W. Washington Blvd.**
**Suite 2F**
**Chicago IL 60607**

| | | |
|---|---|---|
| Job No. | : | 21752 |
| BU ID | : | Chicago |
| Case No. | : | 2:23-cv-01367 |
| Case Name | : | D'Agostino v. Abbott Laboratories Incorporated et al* |

**First Legal Depositions**
P.O. Box 745087
Los Angeles, CA 90074
Phone: (855)-348-4997



Seyfarth Shaw LLP - Los Angeles
Michele Beilke
601 S. Figueroa Street, Suite 3300
Los Angeles, CA 90017

## Invoice #129328

| Date | Terms |
|------|-------|
| 06/27/2025 | Net 30 |

### Job #113429 on 05/30/2025 at 11:00 AM MT

|  |  |
|--|--|
| Firm Case#: 2:23-cv-01367-PHX-SMB | Shipped On: 06/20/2025 |
| Billing Reference: 2025-0414 | Shipped Via: Email Only |
| Case: Daniel D'Agostino v. Abbott Laboratories, Inc. | Delivery Type: Normal |
| Location: Lewis Roca - 201 East Washington Street, Suite 1200 Phoenix, AZ 85004 | Services: Court Reporter with Realtime; Lap Top Rental; Remote- Link Only; Videographer |

| Description | Amount |
|-------------|--------|
| **Original Transcript of Daniel D'Agostino  Vol: 3** | |
| Transcript Fees | $ 1,601.70 |
| Professional Appearance Fee | $ 650.00 |
| Exhibit(s) - Electronic | $ 83.20 |
| Logistics, Processing & Electronic Files | $ 160.00 |
| Realtime Transcript Page Rate | $ 478.40 |
| Laptop/Tablet Rental | $ 150.00 |
|  | $ 3,123.30 |
| **Remote Sevices** | |
| Remote Set-Up Fee | $ 325.00 |
|  | $ 325.00 |

| | |
|--|--|
| Amount Due: | $ 3,448.30 |
| Paid: | $ 0.00 |

| | |
|--|--|
| Balance Due: | $ 3,448.30 |
| Payment Due: | 07/27/2025 |

*First Legal Depositions complies with the ethical obligations set forth in ACJA § 7-206.*
*\*Professional appearance fees include: Reporter's Appearance Fee, In-Person Coverage, Overtime*
*\*Supplemental surcharges include: Remote Surcharges*
*\*Logistics, Processing & Electronic Files includes: Review Link, Processing/Handling, and First Legal Litigation Package*

We appreciate your business - Where the client comes first!
Billing questions?  Please call us at (855) 348-4997  or  email us at depoclientcare@firstlegal.com

First Legal Deposition Services LLC
P.O. Box 745087
Los Angeles, CA 90074-5087

*Invoice #129328*

Tax ID: 99-3169047   First Legal Depositions   Phone: 855-348-4997

## Allocation Details

| | | Amount (USD) |
|---|---|---|
| **Billable** | | 3,448.30 |
| 053252.200010 | Abbott Laboratories<br>D'Agostino v. Abbott Laboratories, Inc. | |
| **Line** | 0001 | |
| **Description** | Original Transcript of Daniel D'Agostino, Vol. 3 | |
| **Code** | (Anticipated Cost) Deposition Transcripts | |



Seyfarth Shaw LLP
233 S. Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
(312) 460-5000
FEDERAL ID 36-2152202
www.seyfarth.com

# Cost Detail

| Client | **Abbott Laboratories** | |
|---|---|---|
| **Matter** | **053252.200010** | **D'Agostino v. Abbott Laboratories, Inc.** |

| Cost Index | Cost Code | Cost Type | Cost Date | Description | Quantity | Amount |
|---|---|---|---|---|---|---|
| 13526362 | D17 | Docketing Services | 5/6/2026 | EFILING SERVICE: EFILED MOTION FOR SUMMARY JUDGMENT, SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS, COMPENDIUM OF EVIDENCE, AND NOTICE OF UPDATED SUMMARY JUDGMENT FILING - AZDCRR- DATE | 1 | $150.00 |

Invoice ID: 0500–5380–1422



**INVOICE PAYMENT DUE UPON RECEIPT**

## Allocation Details

Amount [USD]

| | |
|---|---|
| Billable | 218.75 |
| Amount To Be Expensed | 218.75 |

| | |
|---|---|
| 053252.200010 | Abbott Laboratories |
| Line | 0001 |
| Description | Filing Fee |
| Cost Code | Filing Fees |



P O BOX 52490
Houston, TX 77052

Seyfarth Shaw
Attn: Mario Kiefer

700 Milam, Suite 1400

Houston, TX 77002

INVOICE: 9087-32730303
INVOICE DATE: 10/18/2024
PAYMENT DUE IN 15 DAYS

| | |
|---|---|
| **CLIENT REF.#:** | # 053252.200010 |
| **CAUSE #:** | 2:23-cv-01367-PHX-SMB |
| **PLAINTIFF:** | DANIEL D'AGOSTINO |
| **DEFENDANT:** | ABBOTT LABORATORIES INC |
| **DOCUMENTS:** | NOTICE OF SUBPOENA, SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION |
| **SUBJECT:** | CUSTODIAN OF RECORDS FOR AUSTEVA, LLC |
| **ADDRESS:** | 5220 WEST SAINT CHARLES AVENUE LAVEEN, AZ 85339 |

| | | | |
|---|---|---|---|
| **ORDER TYPE:** | **ORDER DATE:** 10/02/2024 | **CLOSED DATE:** 10/14/2024 |
| **SERVICE CLASS:** Regular | **ORDER TIME:** 10:14 | **CLOSED TIME:** 19:34 |

**Comments: SERVED**

DETAILED CHARGES:

| Description | Charge |
|---|---|
| Service | 220.60 |
| **AMOUNT NOW DUE** | **220.60** |
| | **Pay Online** |

## Allocation Details

Amount (USD)

220.60

Billable

| | | |
|---|---|---|
| 053252.200010 | Abbott Laboratories<br>D'Agostino v. Abbott Laboratories, Inc. | |
| Line | 0001 | |
| Description | Invoice 9087-32730303: Service on Austeva | |
| Code | Plaintiffs Records | |

All of us at easy-serve appreciate your business! For questions about this invoice, please contact us at info@easy-serve.com, or 713 655 7239.

easy-serve is the trade name of Texas easy-serve, LLC, FEIN 20 8453480

If you wish to pay via ACH direct deposit:
Amegy Bank of Texas 113011258 Account 0003759954
Please e-mail payment notifications to: receivables@easy-serve.com



**easy serve**
P O BOX 52490
Houston, TX 77052

Seyfarth Shaw
Attn: Mario Kiefer

700 Milam, Suite 1400

Houston, TX 77002

INVOICE: 9087-32730302
INVOICE DATE: 10/18/2024
PAYMENT DUE IN 15 DAYS

| | |
|---|---|
| **CLIENT REF.#:** | # 053252.200010 |
| **CAUSE #:** | 2:23-cv-01367-PHX-SMB |
| **PLAINTIFF:** | DANIEL D'AGOSTINO |
| **DEFENDANT:** | ABBOTT LABORATORIES INC |
| **DOCUMENTS:** | NOTICE OF SUBPOENA, SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION |
| **SUBJECT:** | CUSTODIAN OF RECORDS FOR D'AGOSTINO'S BAKERY |
| **ADDRESS:** | 5220 WEST SAINT CHARLES AVENUE LAVEEN, AZ 85339 |

| | | | |
|---|---|---|---|
| **ORDER TYPE:** | | **ORDER DATE:** 10/02/2024 | **CLOSED DATE:** 10/14/2024 |
| **SERVICE CLASS:** Regular | | **ORDER TIME:** 10:14 | **CLOSED TIME:** 19:34 |

**Comments: SERVED**

**DETAILED CHARGES:**

| Description | Charge |
|---|---|
| Service | 220.60 |
| **AMOUNT NOW DUE** | **220.60** |
| | **Pay Online** |

## Allocation Details

Amount (USD)

Billable
220.60

| | | |
|---|---|---|
| **053252.200010** | Abbott Laboratories | |
| | D'Agostino v. Abbott Laboratories, Inc. | |
| **Line** | 0001 | |
| **Description** | Invoice 9087-32730302 - Service re D'Agostino's Bakery | |
| **Code** | Plaintiffs Records | |

All of us at easy-serve appreciate your business! For questions about this invoice, please contact us at info@easy-serve.com, or 713 655 7239.

easy-serve is the trade name of Texas easy-serve, LLC, FEIN 20 8453480

If you wish to pay via ACH direct deposit:
Amegy Bank of Texas 113011258 Account 0003759954
Please e-mail payment notifications to: receivables@easy-serve.com



**P O BOX 52490**
**Houston, TX 77052**

Seyfarth Shaw
Attn: Mario Kiefer

700 Milam, Suite 1400

Houston, TX 77002

INVOICE: 9087-32730301
INVOICE DATE: 10/18/2024
PAYMENT DUE IN 15 DAYS

| | |
|---|---|
| **CLIENT REF.#:** | # 053252.200010 |
| **CAUSE #:** | 2:23-cv-01367-PHX-SMB |
| **PLAINTIFF:** | DANIEL D'AGOSTINO |
| **DEFENDANT:** | ABBOTT LABORATORIES INC |
| **DOCUMENTS:** | NOTICE OF SUBPOENA, SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION |
| **SUBJECT:** | CUSTODIAN OF RECORDS FOR CAPITAL FOODS |
| **ADDRESS:** | 5220 WEST SAINT CHARLES AVENUE LAVEEN, AZ 85339 |

| | | |
|---|---|---|
| **ORDER TYPE:** | **ORDER DATE:** 10/02/2024 | **CLOSED DATE:** 10/14/2024 |
| **SERVICE CLASS:** Regular | **ORDER TIME:** 10:14 | **CLOSED TIME:** 19:34 |

**Comments: SERVED**

**DETAILED CHARGES:**

| Description | Charge |
|---|---|
| Service | 220.60 |
| **AMOUNT NOW DUE** | **220.60** |
| | **Pay Online** |

## Allocation Details

| | Amount (USD) |
|---|---|
| Billable | 220.60 |

| | |
|---|---|
| 053252.200010 | Abbott Laboratories<br>D'Agostino v. Abbott Laboratories, Inc. |
| Line | 0001 |
| Description | Invoice 9087-32730301 Service re records on Capital Foods |
| Code | Plaintiffs Records |

All of us at easy-serve appreciate your business! For questions about this invoice, please
contact us at info@easy-serve.com, or 713 655 7239.

easy-serve is the trade name of Texas easy-serve, LLC, FEIN 20 8453480

If you wish to pay via ACH direct deposit:
Amegy Bank of Texas 113011258 Account 0003759954
Please e-mail payment notifications to: receivables@easy-serve.com